# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00851-REB-MJW

TONYA SEDIVY-BROWN,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#21][1] filed October 14, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved, and that this action should be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#21] filed October 14, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for April 25, 2014, are **VACATED**;

3. That the jury trial set to commence May 12, 2014, is **VACATED**; and

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 15, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge